UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on January 10, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| v. | : MAGISTRATE NO. 25-mj-219 |
| TRAYVON SYKES (D1), and DOMINIQUE BANKS (D2), | : VIOLATIONS: : 18 U.S.C. § 2119 (Carjacking) : 18 U.S.C. § 2 |
| Defendants. | : (Aiding and Abetting) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about September 1, 2025, within the District of Columbia, **TRAYVON SYKES AND DOMINIQUE BANKS** took a motor vehicle, to wit: a 2007 Lexus RX400 SUV bearing a Washington, D.C. license plate, that had been transported, shipped, and received in interstate and foreign commerce, from and in the presence of M.C., by force, violence, and intimidation, with the intent to cause death and serious bodily harm.

(**Carjacking and Aiding and Abetting**, in violation of Title 18, United States Code, Section 2119 and 2)

Jeanine Ferris Pirro
United States Attorney

By: *[signature]*
Gauri Gopal
Chief, Federal Major Crimes

A TRUE BILL:


FOREPERSON.